United States District Court<br>Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7  DARRELL EUGENE JOHNSON, | Case No.  21-cv-09971-JD |
| 8          Plaintiff, | |
| 9      v. | **ORDER RE DISMISSAL** |
| 10  JOHN DOE #1, et al., | Re: Dkt. No. 2 |
| 11          Defendants. | |

12

13          Plaintiff, a pretrial detainee, filed a pro se civil rights action.  Court records indicate that

14  plaintiff already proceeds with a case in this Court concerning the same defendant and claims.  *See*

15  *Johnson v. Doe*, Case No. 21-cv-9385 JD.  This case is dismissed as duplicative.  *See Adams v.*

16  *Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007).  The Court will screen the earlier

17  filed complaint.

18          For the foregoing reasons, this case is **DISMISSED** as duplicative and the pending motion

19  (Dkt. No. 2) is **VACATED**.

20          **IT IS SO ORDERED.**

21  Dated: March 7, 2022

22
23
24

JAMES DONATO
United States District Judge

25
26
27
28